[Nos. 8979–3–II; 10355–9–II. Division Two. May 28, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
JOHN LEWIS FORD, *Appellant*.

*In the Matter of the Personal Restraint of*
JOHN LEWIS FORD, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–02025–5, Arthur W. Verharen, J., entered June 28, 1985, together with a petition for relief from personal restraint. Judgment *affirmed in part, reversed in part*, and *remanded* and petition *denied* by unpublished opinion per Foscue, J. Pro Tem., concurred in by Hamilton and Utter, JJ. Pro Tem.

[No. 16590–0–I. Division One. May 28, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
MARK D. SCHEURMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84–1–03451–0, Herbert M. Stephens, J., entered May 31, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 18151–3–I. Division One. May 28, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
MICHAEL ALLEN SAGERSER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–01786–9, Jerome M. Johnson, J., entered March 12, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Webster, JJ.